UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcos Calcano,

        Plaintiff,

—v—

Sahadi Fine Foods Inc., *et al.*,

        Defendants.

19-cv-9726 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's Order of October 31, 2019, Plaintiff was directed to clarify by November 7, whether he seeks dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). As of the date of this Order, the Court is not in receipt of Plaintiff's submission. If Plaintiff does submit a clarification to the Court within one of week of the date of this Order, then this action may be dismissed for failure to failure to prosecute. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

Dated: November ___, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge